# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 15, 2014

## NO. 03-13-00808-CV

### Joseph Barrera, Appellant

### v.

### Brad Livingston, Rick Thaler, Paul Simon, Fernator Smith, Stephen Henson, Anthony Houston, Susan Rivas, and Robert Beard, Appellees

---

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on October 1, 2013. Having reviewed the record, the Court holds that Joseph Barrera has not prosecuted his appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. Because Barrera is indigent and unable to pay costs, no adjudication of costs is made.